**DATE 11/17/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 4:40:50 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO:     1ST COURT OF APPEALS

From:   Deputy Clerk: **DUANE C. GILMORE**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** __2014-19704__   **TRIAL COURT NO:** __61ST__   **DUE DATE:** __12/15/2015__

**VOLUME     PAGE       OR      IMAGE #:67481462**

**ATTORNEY: __VESTA T. ARMSTRONG__ TBN/PRO SE#: __798240__**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE __FIRST COURT OF APPEALS__**

**DATE ORDER SIGNED: __10/16/2015__**

**REQUEST TRANSCRIPT DATE FILED      __N/A__**

**NOTICE OF APPEAL DATE FILED:  11/15/2015**

**NOTICE OF APPEAL PREVIOUSLY FILED? N**

**NUMBER OF DAYS: ( CLERKS RECORD ) 60**

**FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐**

**NOTES: Codes: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  _/s/DUANE C. GILMORE_
     **DUANE C. GILMORE, Deputy**

BC     **NOTICE OF APPEAL FILED**
BG     **NOTICE OF APPEAL FILED – GOVERNMENT**
C      **JUDGMENT BEING APPEALED**
D -     **ACCELERATED APPEAL**
OA     **NO CLERK'S RECORD REQUEST FILED**
O      **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)**
NA      **AMENDED NOTICE OF APPEAL**

11/15/2015 11:58:18 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7833351
By: Sylvia Reyes
Filed: 11/16/2015 12:00:00 AM

## NO. 2014-19704

| | | |
|---|---|---|
| **JUAN SOTO PEREZ,** | § | **IN THE DISTRICT COURT** |
| **JOSE ULLOA-SIALLOS,** | § | |
| **KEYRI MENJIVAR, INDIVIDUALLY** | § | |
| **AND AS NEXT FRIEND OF KENDRIC** | § | |
| **MENJIVAR** | § | **61ST JUDICIAL DISTRICT** |
|     **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **JARED EFURD AND JAMES EFURD** | § | |
|     **Defendants.** | § | **HARRIS COUNTY, TEXAS** |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE COURT:

NOW INTO COURT, by and through undersigned counsel, come Plaintiffs Juan Soto Perez, Jose Ulloa-Siallos, and Keyri Menjivar, individually and as next friend of Kendric Menjivar, who wish to give notice to the court of their desire to appeal this Court's *Order Granting Defendant Jared Efurd's Motion for Summary Judgment* dated October 16, 2015 and signed by the Honorable Erin Lunceford that same day.

The appeal will be lodged with the First Court of Appeals of Texas or the Fourteenth Court of Appeals of Texas.

Respectfully Submitted:

H.L. HARPER & ASSOCIATES, L.L.C.

*/s/ Vesta T. Armstrong*

VESTA T. ARMSTRONG
Texas State Bar No. 00798240
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
(855) 880-4673 Office
(504) 322-3807 Facsimile
varmstrong@hlharperandassociates.com

*and*

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*/s/ Edwin M. Shorty, Jr.*

EDWIN M. SHORTY, JR., *Pro Hac Vice*
Louisiana State Bar No. 28421
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
(504) 207-1370 Office
(504) 207-0850 Facsimile
eshorty@eshortylawoffice.com

COUNSEL FOR PLAINTIFFS, JUAN SOTO
PEREZ, JOSE ULLOA-SIALLOS, KEYRI
MENJIVAR, INDIVIDUALLY AND AS NEXT
FRIEND OF KENDRIC MENJIVAR

## CERTIFICATE OF SERVICE

I certify that on November 16th, 2015, a true and correct copy of Plaintiffs' Notice of Appeal has been filed with the Harris County District Clerk and served on all known counsel of record as follows:

VIA E-FILE
Zach T. Mayer and William R. Jones
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201


/s/ Vesta T. Armstrong
Vesta T. Armstrong

10/14/2015 3:30:41 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7376810
By: Justin Fitzgerald
Filed: 10/14/2015 3:30:41 PM

Pgs-1

7

CAUSE NO. 201419704

| | | |
|---|---|---|
| JUAN SOTO PEREZ, JOSE ULLOA-SIALLOS, KEYRI MENJIVAR, INDIVIDUALLY AND AS NEXT FRIEND OF KENDRIC MENJIVAR, | § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § § | HARRIS COUNTY, TEXAS |
| v. | § § § | |
| JARED EFURD AND JAMES EFURD | § § § | |
| *Defendants.* | § | 61st JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT JARED EFURD'S MOTION FOR SUMMARY JUDGMENT

On October 16, 2015, came on to be heard Defendant Jared Efurd's *Motion for Summary Judgment*. The Court has considered the Defendant's *Motion for Summary Judgment*, the pleadings on file with the Court and Clerk, the summary judgment evidence, the lack of timely-filed written response by Plaintiffs, the argument presented to the Court by counsel, and the authorities cited to the Court. The Court is of the opinion that the *Motion for Summary Judgment* should be GRANTED. It is, therefore,

ORDERED that Defendant Jared Efurd's *Motion for Summary Judgment* is GRANTED.

Each party shall bear their own costs. This Order is final and disposes of all parties and all claims.

Signed: *Eric E. Lunaford*
10/16/2015

_____
JUDGE PRESIDING

JWEB  INT  65.10  CIVIL SYSTEM│CIVIL CASE INTAKE│GENERAL PARTY INQUIRY  INT65.10  GILMORE, DUANE  NOVEMBER 17, 2015

**(8) CONNECTION(S) FOUND.**

| | | |
|---|---|---|
| CASE NUM: | **201419704** | PJN: | | TRANS NUM: | | CURRENT COURT: | **61** | PUB: | Please Select |

| | |
|---|---|
| CASE TYPE: | **PERSONAL INJURY-AUTO** | CASE STATUS: | **DISPOSED (FINAL)** |
| STYLE: | **SOTO, JUAN** | VS | **EFURD, JARED** |

**\*\*\*\* INACTIVE PARTIES \*\*\*\***

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. |
|---|---|---|---|---|---|---|---|
| ☐ | | 00008 - 0001 | DEF | | SHORTY JR, EDWIN M | | PRO-SE |
| ☐ | | 00007 - 0001 | PLT | 00798240 | MENJIVAR, KEYRI (INDIVIDUALLY AND AS NEXT I | | ARMSTRONG, VESTA TAMORA |
| ☐ | | 00006 - 0001 | PLT | 00798240 | ULLOA-SIALLOS, JOSE | | ARMSTRONG, VESTA TAMORA |
| ☐ | | 00005 - 0001 | AGT | | WESCO INSURANCE COMPANY BY SERVING ITS | | |
| ☐ | | 00004 - 0001 | DEF | | WESCO INSURANCE COMPANY | | |
| ☐ | | 00003 - 0001 | DEF | | EFURD, JAMES | | |
| ☐ | | 00002 - 0001 | DEF | 24013118 | EFURD, JARED | | MAYER, ZACHARY THOMAS |
| ☐ | | 00001 - 0001 | PLT | 00798240 | SOTO, JUAN | | ARMSTRONG, VESTA TAMORA |

Submit Query  1  Total Pages  **Submit Query**  **Submit Query**  1  **Submit Query**  **Submit Query**  Records Per-Page  20

| ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ | PTY ADDR |
|---|---|---|---|---|---|
| ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | | |